# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WILLIE F. QUARTERMAN, JR.,**

**v.**                                     **CASE NO. 5:14-cv-52-RS-EMT**

**WARDEN, FCI-MARIANNA,**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections were filed. I have reviewed the recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED for lack of jurisdiction**.

3. The clerk is directed to close the file.

**ORDERED** on September 2, 2014.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**